# EXHIBIT B

Search the website...

# Tandem Diabetes at Oppenheimer Conference: Strategic Growth Insights

**Open in App**

🎉 Best price of the year     **Black Friday - 60% OFF**



| TNDM |
|------|
| 2.07% |

On Thursday, 20 March 2025, Tandem Diabetes Care (NASDAQ: TNDM) presented at the Oppenheimer 35th Annual Health Care MedTech and Services

Conference. The company discussed its strategic initiatives, focusing on recent product enhancements and market expansion plans. While addressing concerns over Q4 performance, Tandem emphasized growth opportunities in the Type 2 diabetes market and international expansion.

Key Takeaways

  Tandem introduced the Control IQ Plus algorithm, expanding its market to insulin-intensive Type 2 diabetes patients.
  The company is realigning and expanding its sales force to enhance market presence.
  Tandem is entering the pharmacy channel to reduce patient costs and increase accessibility.
  Confidence was reiterated in the 2025 guidance despite Q4 concerns.
  New product developments, including Mobi Tubeless and t:slim X3, are expected to drive long-term growth.

Financial Results

  Tandem anticipates a gross margin expansion of over 300 basis points in 2025.
  The Mobi pump is expected to become accretive to the gross margin by the end of 2024.
  Pricing initiatives and DME price increases are projected to positively impact margins.
  Modest contributions from pharmacy contracts are included in the 2025 financial outlook.

Operational Updates

  The sales force expansion aims to increase Tandem's market reach and share of voice.
  Disruptions from the sales force realignment are expected primarily in Q1 and Q2 of 2025.
  Tandem's pharmacy channel strategy is designed to lower out-of-pocket expenses for patients, with 20% coverage for Mobi in the U.S.

No significant changes in cash flow or revenue recognition are anticipated from new pharmacy contracts.

---

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

Future Outlook

The Mobi Tubeless pump has been prioritized in the pipeline, requiring a 510(k) filing without a clinical trial.
Tandem plans to integrate its pumps with Libre 3 in the U.S. by the end of the year.
International renewal rates are expected to reach 70%.
Overall new starts are projected to grow at a mid-single-digit rate in 2025, with no explicit upside from Type 2 diabetes included in the guidance.

Q&A Highlights

Approximately 30,000 individuals using Tandem pumps are Type 2 diabetes patients, with new starts comprising 5% to 10% of the install base.
Cost and affordability remain challenges, particularly for those interested in durable pump therapy.
Competitive conversions are expected to decline, but the sales force expansion aims to maintain Tandem's competitive position.

For a detailed understanding, readers are encouraged to refer to the full transcript below.

**Full transcript - Oppenheimer 35th Annual Health Care MedTech and Services Conference:**

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Hi, everyone. I'm Steve Lichtman, Medical Devices Analyst at Oppenheimer. And welcome back to

the thirty fifth Annual Oppenheimer Healthcare Conference. Up next for us, we're very happy to have Tandem Diabetes. With us today is Lee Bostler, Executive Vice President and CFO, and Katie Nicolevii, Vice President of Investor Relations.

We're gonna do this in a fireside chat format. So if you do have any questions, please just key them in and I'll make sure to get them over to, to Lee and Katie. So, with that, thanks. Thanks so much for being with us today. And I thought I'd kick it off with, with ATTD, going on right now.

Advertisement



3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

You know, you've had some announcements. And just the first one I wanted to ask you about is the algorithm enhancement. Can you talk about the importance of that enhancement that was just approved this week?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yes. And thanks for having us today, Steve. So, we are on a high today, at Tandem with all the good news that just came out at ATTD. First, I just want to speak about the clinical trial for a second and why it's so meaningful. We are the only ones that did a randomized controlled trial.

And so that gives a lot more validity and credibility to the data that we're presenting. And it's been endorsed since the fourth time Control IQ has been published in the New England Journal of Medicine. So we're super proud of what we've accomplished there. And what's meaningful about this enhancements, Control IQ plus is what we're calling it, it's already rolling out into the field right now, is first of all, it lowers our age indication to two and up, but even more so it

**4**

expands our population to the insulin intensive type two community, which more than doubles the market opportunity for us in The US. So it gives us a lot broader reach.

And with the strength of the data, I think it's gonna make us very successful when we're talking to physicians about the clinical value of what we demonstrated in the trial. And with Control IQ, the first time we launched it, what we saw in the real world was just as good as or better in some cases than what we saw in our original clinical trial. So it gives us a lot of confidence of how this will perform in the market in a real world setting. And there were so many great pieces of information in the subpopulations. I don't think we need to go into all those details today other than it's a great and, you know, as we kick off our, Type two launch.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Is there any one or two of the, sort of secondary outcomes that you would highlight that stood out or anything beyond the sort of the height of the time and range data that we saw in the press release?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Sure. I think one thing because GLP-one has been such a big question, in the market over how that might impact the Type two population. Forty four percent of the participants were using GLP-one's, also in the trial. And we saw great clinical benefit and improvement in time and range and lowering it of A1Cs in those populations as well. And when you look at the population of people who came into the trial that were greater than nine percent A1Cs, that dropped two point three percent.

So great reduction A1Cs across the board. I think those are a couple of the highlights I might share. And so it'll be great for us as we go out and talk to physicians to be able to share this information, maybe dispel any preconceived

notions they have about usability of a pump at the same time as other drugs are being prescribed.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Great. Kind of bringing it back to sort of near term dynamics. As we think about, you know, the Salesforce expansion and realignment that you discussed on the fourth quarter call, you mentioned that you built in, you know, some potential disruption in in the '25 guidance. Can you talk to us about, what you did build in or how you thought about sort of book ending, you know, the potential impact, of of that Salesforce change?

Advertisement



3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Sure. And maybe I'll start with what was the Salesforce expansion, just to help people understand. As we surveyed the market and we have new commercial leadership that started about a year ago and they've been evaluating our position in the market versus some of our competitors and saw that we had a meaningfully lower size sales force. And so we needed to increase our reach and our share of voice in the community. So we added territories and also then across the board, we realigned some territories.

It doesn't mean we took territories and we completely changed their call points. What it means is we kind of cleaned up around the edges, if you will. So someone may have been calling on 20 physicians before, maybe they're calling on 15 physicians now and only a few different from where they were in the first place. And so I wouldn't call this something that we would expect to be greatly

disruptive, but anytime you make changes, it can have some level of disruption. And so what we thought about this in 2025 is there could be a bit of disruption in the first quarter just as people are getting trained, learning tandem, learning the tandem way, figuring out how to engage with their internal support sales teams.

And then as everyone gets settled in their territories, their productivity will start to grow across the year. So probably the majority of the disruption will happen in Q1 factored into our expectations, maybe some moderate disruption in Q2, but we should be well past that in the back half of the year.



3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. So that kind of leads to my next question. So in terms of when you'll be able to evaluate whether that disruption has been less or more than expected, is it some point during 2Q or when do you think you'll feel comfortable either way that you have a good sense of what the impact, actually is?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yeah. I think coming out of the first quarter, we will have a really strong sense, and we'll see what direction it's trending and, and feel good about that. So

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: And what, what gives you the what gave you the confidence that the impact would be restricted to the first quarter, maybe a little into the second versus longer term?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Sure. Well, it's not the first time we've done a Salesforce expansion. And so over the years, we have expanded on multiple occasions. This one's a bit larger than what we've done in the past couple of years, but, we've done we did this in the early years where there were times when we almost doubled our Salesforce in in the early days. And so, we also have very experienced commercial leadership who's been through this before as well in other organizations, some here at Tandem.

7

So we have that, that group experience to know how to best manage through it and minimize this disruption

Advertisement



3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Also just coming off of the fourth quarter call, wondering how you guys see the impact of sort of macroeconomic factors on patient behavior. Are you seeing any uncertainty, impacting new patient starts?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: I would say not necessarily something pivotal in recent months or quarters. Over the years, cost and affordability have always been a challenge, particularly for people interested in durable pump therapy. It's something that we've seen in the past few in particular to the world has evolved more to high deductible plans. So that does influence to some extent, the impact on patients. That is why in the last twelve to twenty four months, we really started looking at the pharmacy opportunity because that's our best path to help mitigate.

We put payment plan offerings in place a few years ago to the broad population so that people could spread out those payments. But we can go a step further with pharmacy because there's the possibility there of offering co pay assistance. So it's either how you negotiate your contract, which puts you on a tier that impacts the patient out of pocket and or the complement of using co pay assistance to reduce what they actually owe. And so pharmacy is our strategy as we go ahead to think about, how we can fare in times where there's high inflation, more cost sensitivity, and also expand our reach in the market overall.

8

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Yeah. I wanted to follow-up on that relative to the pharmacy and understanding that the contracts, I guess, can vary a bit. But can you talk generally about how you're able to keep the revenue recognition relatively the same as what you've had, while also reducing that upfront cost outlay for patients. I think it has to do with sort of the overall pricing. But can you walk through some of those dynamics?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yes. And you're correct. So there's not a one size fits all solution. There's no set structure for how durable pumps should be reimbursed in the pharmacy channel. DME has been very rigid.

There wasn't much latitude or flexibility at all to change those dynamics. In pharmacy, you know, you're going to see a range of contracts that look just like DME, where there is a capital outlay for the pump itself and then reimbursement for the supplies along the way. It could go to the far other end of the spectrum where there's no reimbursement for the pump and it's all supply based only, so a subscription like model. We have initially entered with contracts that look much more like DME. So therefore, there's no disruption when you compare that to the business we've been reporting and the business will have going forward.

And with that, we as we look at the profitability opportunity, when we talk about our contracts being as good as or better than DME, that factors in the impact that we may see from offering co pay assistance to patients. So we've taken all of that into consideration, when we talked about how to think about this, for 2025 at least.

Advertisement

9

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: So the net upfront for you guys will be, will be similar, but it's the components are different because the reimbursement cover, will be higher, but you're going to be offering co pay assistance on the back end? Or just want to make sure I understand investors understand a little bit more about that and how it compares to sort of the pay as you go model. Because, you know, will patients feel that it sounds like they will, but will patients feel the difference versus the DME model in terms of the upfront?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: They absolutely will. And I'm not going to get into too many specific details about our contracts other than there will be no change in cash flow, no change in revenue recognition, no headwinds to discuss with the contracts that we have in place today. So think about it as profit opportunity with the same DME like structure that we have. And that's factoring in all elements when you think about the rebates, the admin fees, data fees, co pay assistance that could come along with that. We've been very intentional about the contracts we would accept that fit the model that we have today.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: And the impact of this on the ground is potentially, hopefully, more demand. Right? Because, you know, just as a it's a better model. But relative to your '25 guidance, you haven't built in anything explicit as it relates to, you know, increased, tailwind from it.

**10**

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: That's correct. So it's twofold. So first of all, we do have twenty percent of lives covered in The U. S. With our pharmacy contracts for Mobi only.

So on one hand, it's not super material, although it's a great start for us with that level of coverage and we expect to continue to build that in the coming years. So that's one piece of it. The other piece is we still have a lot to learn to your point of how much business we can draw in because of it that we haven't gotten before. So we're going to be very focused on patients coming into the funnel. Let's just say, if we didn't have pharmacy, we'll be able to check to see if they have their benefits and maybe more of them will convert to an actual sale because the out of pocket can be lower than DME.

And then we'll also be able to go out into the market, speak to physicians directly and patients and let them know, hey, if you've never considered pump therapy before because you heard it was expensive or you think it's not affordable, let us at least check your benefits because now we have this new option, which means you could have little to no out of pocket when it comes to buying a durable pump. So, it's kind of twofold in terms of the opportunities and we want to make sure we have good data and grounding before we start factoring those into the expectations.

Advertisement

**11**

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: You also didn't build, I think a lot in for Type two. You talked at the beginning about the data that you just presented. I think historically you've said about 10% of your installed base has been around type two, but trying to get a little bit more sense of the near term if you have it. What percentage of your new patient starts in 2024 were type two? And what are you assuming for 2025?

Is it basically going to be the same and thus why you're not building any upside? How should we think about the nearer term dynamics on that?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: Sure. So, you know, we've noted that we already before we got approval have 30,000 individuals on our pump who are type two. And we've seen this new starts be around five to 10% of our install base. And we think that if you look at it, that's in line with what the penetration is right now. So it'll continue to scale.

We think there's a tremendous opportunity now that we're in type two, it essentially doubles our served available market. So a really great opportunity there for us.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: But again, relative to the '20 '5 guide, not assuming a step up in that new patient mix from type two. Is that right?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: You know, we want to see data driven trends. So right now, historically, that's what we've seen. And as we continue to get more data, we'll obviously share more if those expectations change.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. Shifting to international, you know, you received a lot of questions, as to why Tandem is making a number of changes at once, right? Including the US Salesforce change, you know, that we discussed and the move to direct in select, geographies internationally. Why was now the right time to start making the move to direct? And and what are the big biggest positives, to this move as as you come out from from the change?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yes. I think first and foremost, it's just a natural progression in the maturity of the business as we grow. The timing was somewhat influenced by when existing contracts are expiring. So thinking about when there are natural renewal points within distributor arrangements, sometimes tied to reimbursement and when reimbursement renews or tenders need to be submitted. So a lot of those factors came into play as well.

And so it was the right time for us. We believe this brings an opportunity because we believe with our own team, we can sell tandem better. We can help drive that market penetration even more so. We've had great partners in the past, but we'll be closer to the physician and the patient. And so it's the right time for us to start this progression.

And the opportunity it also brings to us is profit improvement. And so today, we do give up profit, for our distributors to be able to support their own infrastructure. So this gives us a chance to get that reimbursement directly from the reimbursement bodies and we can take that benefit into gross margin as well.

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Thinking about renewals outside of The U. S. Because that's going to be a dynamic, you know, of course. You continue to build toward the 70% renewal rate in The U. S.

Any early signs or thoughts of where that can go internationally?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: We have the same goals for our international business, which is to achieve that 70% renewal rate. It did take us a number of years in The US at when we first started having renewal customers with warranties expiring to really hone those processes, learn best practices, and deploy those. But now we are very consistently achieving at least 70% renewal within about eighteen months of when warranties expire. So outside The US, I expect us to get there, but not right off the bat. So in the first few years, it will probably take us longer to move up that trajectory, which is why this is the first year really we're talking about renewals being starting to become a more meaningful contributor.

Still a lot to learn in the and you have to think about each market has to be trained on these dynamics. But we do have we have no reason to believe that we'll see anything different than we do here in The U. S. We have great customer retention, great stickiness. Once people get on our product, they're very happy with it.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

So we feel like we'll be very successful with renewals outside The U. S.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Want to shift a bit to the pipeline. What were the driving factors in moving MobiTubeless up in front of, tSlim X3 in your pipeline?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: Sure. So we're constantly evaluating our product roadmap. And the goal is to bring more MDI users to pump technology and to bring the benefits of our technology to to the community. So with Mobi, we believe that the Tubeless feature is going to be an important optionality. So to add more choice for our customers, more versatility with that same pump.

Right? So we are prioritizing this feature because we think that this is gonna be a great way to bring more MDI to, the market. But at the same time, back to our portfolio approach, we have a very strong slim users, loyal users. And so I would think of x three as more as continuous improvement, to our t slim platform. So we are prioritizing, you know, our whole product portfolio, but the next pump platform that you should expect would be the Tubeless functionality for Mobi.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: And I think you mentioned at another investor conference, that you've moved some development staff off of MobiTubilis and onto SigI patch. Is that a sign of confidence in in how the MobiTubilis program is progressing? Or how should we think about that move?

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: So the commentary was really that, you know, we are focused on Cygge being our third pump platform to be part of our portfolio. And the comment regarding resources is that with Mobi, we do have such expertise here in San Diego. So we do wanna

make sure that we're utilizing that, that talent. And so, there is, you know, some Siggy development, now occurring in San Diego.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: I know no timelines, but can you talk about the regulatory pathway for Tubulus? Will you need additional clinical trials? Has anyone outside of Tandem actually utilized the device? Because I know that, you know, obviously, there's been some preference testing done on tandem employees, but any color on those things you can provide?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: Sure. Can definitely share. It will require a five ten ks filing. It will not require a clinical trial, but we will do human factor testing.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. And is it just currently still being used by CANDEM employees or has anyone outside of the organization actually utilized it?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: Yeah. So, for our normal course of action before FDA approval, you know, we're focused on development before we would get that approval.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. Okay. So not yet. Okay. And so are you targeting just to shift again on the pipeline, are you targeting both t:slim X2 and Mobi to have connectivity with Libre three, in The U.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

S. By the end of the year? And it sounds like, X2 is first maybe before Mobi, but and why is that and how close can they be? I just wanna get a better sense of the cadence there.

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: Sure. Yep. And that's exactly right. You should expect that t slim, in The US will have

integration with Libre three plus then followed by t slim OUS. And Moby, we absolutely are planning to have Libre three integration.

But thinking about that with timing first, you know, we just submitted our CE mark for Moby. So that's step one, and then we will bring the integration with Libre three.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. I wanted to shift to, actually, a couple of other pipeline things and get into some financials. But, how broad will the Mobi launch be outside of The U. S. Upon that approval?

Will you launch you know, just in the countries that you're moving direct to now? Or how, you know, what will be sort of the cadence of of that rollout?

**Katie Nicolevii, Vice President of Investor Relations, Tandem Diabetes**: So we'll definitely provide more information as we get closer. But I would say probably think about it how we've, historically launched where it's more of a scaled launch. And we'll give we'll give more information as we get closer.

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Lee, what gave you the confidence that I think you've guided to gross margin expansion of over 300 bps this year. What are you seeing mix wise or other that gave you that confidence?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yep. So the the major, underpinnings of that come from, first of all, the traction on Mobi. So as we exited 2024 coming into '25, we started to see the pump become accretive

to gross margin. And as we sell more MOBEs across the year, we'll continue to build up that scale and see additional leverage. So that's a piece of just MOBE as a part of the portfolio.

Also, as we look at the mix of pumps versus supplies that we anticipate that greatly The last piece I would say comes from our pricing initiatives. So we still expect some tailwinds from the DME price increases that we've seen in the last couple of years coming through into 2025. Pharmacy, while we talk about it as being pricing improvement in time, we've only factored in a modest amount in 2025. But as we build that capability up, it will be a future driver of price improvement. So it's the combination of those factors, I would say, mostly pointed towards Mobi becoming, accretive and no longer a headwind, the Mobi pump at least this year.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: You're shifting back to 4Q. I know you guys have talked a lot about full year 2024 and how you guided initially and came in ahead, ultimately, both in The U. S. And internationally. But clearly, you're sort of the unexpected, softness at the end of the year has been the big focus for investors.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

You know, with some more time now, has there been any further intelligence as to, you know, what was different than maybe you expected? And I guess just as importantly, what gives what gave you the confidence that the seasonal changes wouldn't continue into first quarter, meaning like the normal step down from 4Q to 1Q maybe bigger this year than it was in prior years. Any more color that you've been able to gather?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: I would say nothing additional since the earnings call, but maybe just a little more color to think about. So December, even though the weeks didn't steeply tick up across the year like we usually see that kind of flattened out, it was still by far the

biggest shipment month of the year and grew year over year. And so there wasn't a decline, just a flattening at the very end there in the last couple of weeks. And we factor that in rather than assuming it could have been something higher or it gets made up in the first quarter. We said, you know what, let's look at normal seasonal trends where pretty broad range, but U.

S. Pump shipments will step down 25 to 30%. So we factor that into the first quarter expectations. And keep in mind, when we set expectations, we already had almost two months under our belt within the quarter. So we felt really good about how things were trending.

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

The thing that still gives us confidence is, despite a little softness at the end, when we look at the trends, renewals are still very consistent with historical capture rates. So no change to that there and we feel confident about that going ahead. And MDI had strong double digit growth. And so that's the piece that we continue to focus on looking at those trends we were seeing with MDI. We fully expect that competitive conversions will continue to decline as an opportunity for us.

We still get some. There will always be some sort of share shifting. But this year, we might still see a little bit more headwind. And that's probably, I think, the hardest part. People can't see that that was masking the great progress we're making with MDI conversions.

And so with a lot of that decline behind us and maybe a lesser so going forward, that's why we're confident in the guide that we built, which is for new starts in

**19**

total, we'll still see mid single digit growth in 2025.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: And I know you guys have been pretty adamant that nothing changed competitively, through, I guess, at the very end of the year that caused that additional or that unexpected softness again relative to expectations. But I think that's certainly one of the biggest concerns for investors, you know, as they see beta Bionics becoming more visible at the same time, then you guys come in a little soft. So, again, you know, what did you hear from the field to give you that confidence that it's not just simply a pickup in, you know, the competitive dynamics?

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yeah. So, you know, it would have to be a it would probably be an event that everyone knew about for there to be that kind of change. So there is no special promotional activities, no change in how competitors were behaving. And from the field, it was the same dynamics we've been hearing all year long, which is it's a very competitive market. And it's something we've been operating under and that we will continue to operate under.

But that's part of also why we move forward with the Salesforce expansion is we want to make sure that we have that same share of voice as everyone else. So we're on the level playing ground as we're out talking to physicians and patients about what we have to offer. And so again, no specific change across the year, it was just the same kind of dynamics and we expect similar dynamics in 2025.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Okay. We talked about obviously some of the concerns around the sales force expansion. But when should we potentially see some of the benefits of the expansion and realignment? I mean, how soon do you think we could see that?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Yes, I would say we would look to the back half of the year as we get through this first period,

which could be a little bit disruptive, but we'll start to see that we'll be past the disruption and then the new territories themselves should start to demonstrate productivity. Obviously, a brand new rep coming in the door doesn't have the same productivity as a tenured rep who's been here for years. And so as they build their relationships and can work to grow and seed the market, you'll begin to see the benefit of that later in the year.

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: So, as we're coming down to time again, I want to kind of frame things. As you think about 2025, the potential headwinds that you factored in, can you again, maybe not quantify it, but at least talk about what you factored on that side? And then on the upside, some of the things that we talked about today, what is not in the guidance explicitly heading into this year?

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Absolutely. I'll start with the what I call the risk and I'll end with the opportunities on a high note. So thinking about what we factored in, it will be a continued, highly competitive environment. So we anticipated that. We knew the sales force would likely have some level of disruption early in the year.

And then we always have some level of caution around unknowns that we can't foresee. So will cost pressures become more intense? We're using pharmacy to remedy that. So that flips us to the opportunity side, which are not factored in yet, which would be this new wonderful type two opportunity, which doubles the market size for us. The pharmacy opportunity, which gives us a better selling

message and against competitive products where we can lower that patient out of pocket cost.

And then just the new product offerings. So between continued traction with Mobi, the items Katie laid out, the FreeStyle Libre three integration, Mobi with Android, all of those things coming to market can give us additional opportunity that we really didn't factor in to the guidance yet. We want to see how those trends develop. But I think what's different about this year, it's we have not only products, but we have business model and market expansion opportunities that weren't necessarily available to us in years past. And while the beginnings of these, you might not see the greatest strength in the first year, they're going to be building and these are good solid foundations for us to build on in 2026, '20 '20 '7 and beyond.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Steve Lichtman, Medical Devices Analyst, Oppenheimer**: Great. Well, that's right at time. Perfect way to end it. Lee and Katie, thanks so much for being with us today. Thanks everyone for joining us.

Hope you have a great rest of the week. Thanks so much.

**Lee Bostler, Executive Vice President and CFO, Tandem Diabetes**: Thanks, Steve.

*This article was generated with the support of AI and reviewed by an editor. For more information see our T&C.*

## Is TNDM a bargain right now?

The fastest way to find out is with our Fair Value calculator. We use a mix of 17 proven industry valuation models for maximum accuracy.

**Get the bottom line for TNDM plus thousands of other stocks** and find your next hidden gem with massive upside.

**Full access now available at 60% off for Black Friday!**

🔒 Black Friday - 60% OFF 🛡️

     

## Latest comments



Comment Guidelines

Loading next article...

## Install Our App

Scan QR code to install app

 



Blog

Mobile

Portfolio

Widgets

About Us

Advertise

Help & Support

Authors

Risk Disclosure: Trading in financial instruments and/or cryptocurrencies involves high risks including the risk of losing some, or all, of your investment amount, and may not be suitable for all investors. Prices of cryptocurrencies are extremely volatile and may be affected by external factors such as financial, regulatory or political events. Trading on margin increases the financial risks.

Before deciding to trade in financial instrument or cryptocurrencies you should be fully informed of the risks and costs associated with trading the financial markets, carefully consider your investment objectives, level of experience, and risk appetite, and seek professional advice where needed.

**Fusion Media** would like to remind you that the data contained in this website is not necessarily real-time nor accurate. The data and prices on the website are not necessarily provided by any market or exchange, but may be provided by market makers, and so prices may not be accurate and may differ from the actual price at any given market, meaning prices are indicative and not appropriate for trading purposes. **Fusion Media** and any provider of the data contained in this website will not accept liability for any loss or damage as a result of your trading, or your reliance on the information contained within this website.

It is prohibited to use, store, reproduce, display, modify, transmit or distribute the data contained in this website without the explicit prior written permission of Fusion Media and/or the data provider. All intellectual property rights are reserved by the providers and/or the exchange providing the data contained in this website.

**Fusion Media** may be compensated by the advertisers that appear on the website, based on your interaction with the advertisements or advertisers.

Terms And Conditions     Privacy Policy     Risk Warning

© 2007-2025 - Fusion Media Limited. All Rights Reserved.