# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

INSULET CORPORATION,

    *Plaintiff*,

v.                                                        NO. 8:25-CV-03277-KKM-LSG

BASIL ALI MOHAMMED SAMARA,

    *Defendant.*

_____

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
_____
_____
_____

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Date: December 2, 2025             INSULET CORPORATION

                                                         By its attorneys:

*/s/ Robert D. Carroll*                              */s/ James Matulis*
Robert D. Carroll (Lead Counsel,            James M. Matulis
*pro hac vice forthcoming*)                     Florida Bar No. 77429
Scott T. Bluni (*pro hac vice forthcoming*)     MATULIS IP LAW
Alexandra Lu (*pro hac vice forthcoming*)    Chase Professional Park,

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

| | |
|---|---|
| GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>RCarroll@goodwinlaw.com<br>SBluni@goodwinlaw.com<br>ALu@goodwinlaw.com<br>(617) 570 - 1753<br><br>James Breen (*pro hac vice forthcoming*)<br>Danit Maor (*pro hac vice forthcoming*)<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>JamesBreen@goodwinlaw.com<br>DMaor@goodwinlaw.com | 10906 Sheldon Road,<br>Tampa FL 33626<br>(813) 451-7347<br>Jim@MatulisLaw.com<br><br>*Attorneys for Plaintiff Insulet Corporation* |

2

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**