## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

INSULET CORPORATION,

Plaintiff,

v.

BASIL ALI MOHAMMED SAMARA,

Defendant.

Case No. 8:25-cv-3277-KKM-LSG

## DECLARATION OF ROBERT D. CARROLL IN SUPPORT OF INSULET'S MOTION FOR PRELIMINARY INJUNCTION

I, Robert D. Carroll, state under penalty of perjury that the following is true and correct:

1.     I am a resident of the United States and over the age of 21. Unless otherwise specified, I have personal knowledge of the facts contained in this declaration. If called as a witness, I could testify competently to the matters set forth herein.

2.     I am an attorney at the law firm of Goodwin Procter LLP and counsel for Plaintiff Insulet Corporation in this action.

3.     Attached as **Exhibit A** is a true and correct copy of Basil Samara's Confidentiality, Non-Solicit, Non-Compete, and IP Assignment Agreement, executed on March 15, 2023.

4.      Attached as **Exhibit B** is a true and correct copy of email correspondence between Basil Samara and Insulet dated July 7, 2025.

5.      Attached as **Exhibit C** is a true and correct copy of email correspondence between Basil Samara and Insulet dated July 15, 2025.

6.      Attached as **Exhibit D** is a true and correct copy of letter correspondence from Insulet to Tandem dated October 1, 2025.

7.      Attached as **Exhibit E** is a true and correct copy of email correspondence between Tandem and Insulet dated October 1, 2025.

8.      Attached as **Exhibit F** is a true and correct copy from https://plus.lexis.com/ providing a transcript of Tandem Diabetes Care, Inc's Q3 2025 Earnings Call.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, and that I executed this declaration in Boston, Massachusetts, on this 5th day of December, 2025.

/s/ *Robert D. Carroll*
Robert D. Carroll (Lead Counsel, *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
RCarroll@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record. I further certify that I emailed the foregoing document and the notice of electronic filing to basil.ali.samara@gmail.com and mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Basil Ali Mohammed Samara
12349 Destin Loop,
Venice, FL 34293

By:    <u>*/s/ Robert D, Carroll*</u>
        Robert D. Carroll