# EXHIBIT B

**From:** Basil Samara
**To:** Holly Fahey
**Subject:** Re: Notice of Resignation
**Attachments:** image001.png

Hi Holly,

Thanks for following up and for your understanding as I take some time away.

At this time, I'm not in a position to share further details about my future plans.

I can confirm that I am fully aware of my obligations under my non-compete and confidentiality agreement, and I will adhere to them.

Please let me know if you'd like to connect to discuss my transition plan.

Thank you

**From:** Holly Fahey <hfahey@insulet.com>
**Sent:** Wednesday, July 9, 2025 2:54 PM
**To:** Basil Samara <bsamara@insulet.com>
**Subject:** FW: Notice of Resignation

Hi Basil,

I hope you are having a good week, and you are enjoying your vacation!

I know we planned to touch base before your last day, but I wanted to follow up on the below and your reasons for leaving, as your resignation letter is unclear.

Can you please share if you are leaving Insulet for another opportunity? If so, will you be going to work for a competitor? I am sure you can appreciate and understand the sensitivity if this is the case, so I need to confirm. Please advise.

Thank you,

Holly

**From:** Basil Samara <bsamara@insulet.com>
**Sent:** Monday, July 7, 2025 12:30 PM
**To:** Holly Fahey <hfahey@insulet.com>
**Subject:** Re: Notice of Resignation

Sounds great, thank you.

Get Outlook for iOS

---

**From:** Holly Fahey <hfahey@insulet.com>
**Sent:** Monday, July 7, 2025 9:44:46 AM
**To:** Basil Samara <bsamara@insulet.com>
**Subject:** RE: Notice of Resignation

Hi Basil,

I am so sorry to hear this. You are a valued member of the team and will be greatly missed.

I see you are currently out of the office. I am out of the office next week, but will set up some time the following week for us to catch up.

Feel free to reach our if you have any questions in the meantime.

Thank you,

Holly

---

**From:** Basil Samara <bsamara@insulet.com>
**Sent:** Monday, July 7, 2025 9:38 AM
**To:** Carolyn Sleeth <csleeth@insulet.com>; Holly Fahey <hfahey@insulet.com>
**Subject:** Notice of Resignation

Hi Carolyn and Holly,

I'd first and foremost like to thank you for your coaching over these past few months. It has been my pleasure to work with you and for you.

As I've taken time to evaluate my future, I've decided that it's best for me to step back and consider what's next. At this time, I am tendering my resignation from Insulet in order to do so.

Ensuring a smooth and professional transition for the team is of the utmost importance to me, so my last anticipated day will be July 25th.

I am very grateful to you and to Insulet for the support and leadership I've received during my time here. Thank you for your understanding.

Best regards,
Basil



**Basil Samara** Senior Manager, Trade Channel Strategy
100 Nagog Park | Acton, MA 01720
**m: 210-238-5595** | o: 978-600-7776 | **insulet.com**
LinkedIn