# EXHIBIT E

| | |
|---|---|
| **From:** | Joshua Sable |
| **To:** | Christine Fuller |
| **Cc:** | Joshua Sable |
| **Subject:** | Basil Samara |
| **Date:** | Wednesday, October 1, 2025 6:32:25 PM |
| **Attachments:** | Outlook-signature_.png |

**[External email] POD | Protect Our Data**

Ms. Fuller. I hope you are well.

My name is Josh Sable and I am in the Legal Department at Tandem.  Your letter dated October 1, 2025, regarding Basil Samara has been forwarded to my attention.

Please be advised that we have spoken with Mr. Samara. He has been reminded of his obligations under the Confidentiality, Non-Solicit, Non-Compete and IP Assignment Agreement with Insulet.

We have reminded him that he is not to use any confidential information belonging to Insulet in the performance of his duties with Tandem. Furthermore, he has been advised not to solicit any of Insulet's staff to join Tandem or otherwise leave Insulet.

We are confident that Mr. Samara understands his legal obligations and will abide by them in full.

If I can be of further assistance, please do not hesitate to reach out.

Josh



Josh Sable

**CORPORATE COUNSEL, EMPLOYMENT**

C + 310.795.6402

**Tandem Diabetes Care** | positively different

12400 High Bluff Dr. San Diego CA 92130

tandemdiabetes.com

The information in this email (including any attachments) may be privileged

and/or confidential and is intended only for the recipient(s) listed above. Any use, disclosure, distribution, or copying of this email is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately and destroy all copies of the transmittal. Thank you.